Thomas C. SMITH, Jr., Plaintiff—Appellant,

v.

UNITED STATES OF AMERICAN AIR FORCE, Defendant—Appellee.

No. 05–1486.

United States Court of Appeals, Fourth Circuit.

Submitted June 23, 2005.

Decided June 28, 2005.

Thomas C. Smith, Jr., Appellant Pro Se. Susan Lynn Watt, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas C. Smith, Jr., appeals the district court's order dismissing without prejudice his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Smith v. United States of Am. Air Force,* No. CA–04–121–4 (E.D. Va. filed Feb. 9 & entered Feb. 10, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*